KTF/BW/DIB
F. #2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LONG PHI PHAM,

            Defendant.

ELEMENTS SHEET

24-CR-359 (LDH) (SJB)

- - - - - - - - - - - - - - - - - -X

        The government respectfully submits this elements sheet to advise the Court of the elements of the sole count of the above-captioned information, which charges the defendant LONG PHI PHAM with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.

Conspiracy to Commit Wire Fraud

        The elements of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 are as follows:

        1.    Two or more people formed an unlawful agreement to commit the crime of wire fraud, in violation of 18 U.S.C. § 1343;

        2.    The defendant knowingly and intentionally joined the conspiracy.[1]

        The elements of wire fraud, in violation of 18 U.S.C. § 1343 are as follows:

        1.    There was a scheme or artifice to defraud or to obtain money or property by materially false and fraudulent pretenses, representations or promises;

---

[1] Adapted from Jury Instructions, United States v. Greebel, 15-CR-637 (KAM) (Dec. 19, 2017) (ECF No. 498).

2. The defendant knowingly and willfully participated in the scheme or artifice to defraud, with knowledge of its fraudulent nature and with specific intent to defraud; and

3. In the execution of that scheme, the defendant used or caused the use of interstate wires.[2]

Dated: Brooklyn, New York
September 30, 2024

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York

By:  /s/
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorney
(718) 254-7000

cc:   Michael Soshnick, Esq.

---

[2] Adapted from Sand, et al., Modern Federal Jury Instructions, Instruction 44-3.