UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------X

UNITED STATES OF AMERICA          24-CR-00359 (LDH)(SJB)

- against -

LONG PHI PHAM

Defendant.

----------------X

SANKET J. BULSARA, U.S.M.J.:

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE SANKET J. BULSARA

United States Magistrate Judge Sanket J. Bulsara has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Sanket J. Bulsara. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Sanket J. Bulsara.

_____          _____
~~Benjamin Weintraub~~ David Berman          LONG PHI PHAM
Assistant U.S. Attorney          Defendant

                                   _____
                                   Michael L. Soshnick
                                   Attorney for the Defendant

By:   **BREON S. PEACE**
      **United States Attorney**

Dated: Brooklyn, New York
       October 02, 2024

**COURT EXHIBIT**

#1