# MICHAEL L. SOSHNICK
*Attorney at Law*
170 OLD COUNTRY ROAD
SUITE 307
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE
ERIC P. DEBARBA

TEL: (516) 294-1111
FAX: (516) 294-5465
MSOSHNICK@SOSHNICKLAW.COM

November 26, 2024

BY ECF
Honorable Sanket J. Bulsara
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 13C South
Brooklyn, New York 11201

<u>**Re: : United States of America v. Long Phi Pham et al.
Case No. 1:24-cr-00359-LDH-SJB**</u>

Dear Magistrate Judge Bulsara:

    I am the attorney representing Defendant Long Phi Pham. On June 6, 2024, Magistrate Judge Cheryl L. Pollak set conditions of release for Mr. Pham (ECF Doc. No.19) including an ankle monitoring bracelet. On November 14, 2024 my client requested modification of his conditions for release via a letter motion filed with this Honorable Court (ECF Doc. No. 62).

    I write today, to follow up on my respectful request for modification of my client's bail conditions for removal of his ankle bracelet. My client is eager to begin his new employment and neither Pretrial services nor the US Attorney object to the modification of the conditions. Kindly advise if the Court is willing to grant the request

    I thank the Court for your kind consideration.

                                   Respectfully Submitted,

                                   Michael L. Soshnick

Cc: All Counsel of Record (via ECF)