# MICHAEL L. SOSHNICK
*Attorney at Law*
170 OLD COUNTRY ROAD
SUITE 307
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE
ERIC P. DEBARBA

TEL: (516) 294-1111
FAX: (516) 294-5465
MSOSHNICK@SOSHNICKLAW.COM

December 18, 2025

VIA ECF:
The Honorable La Shann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, NY 11201

    Re: **USA v. Pham**
    Case No.: **1:24-cr-00359-LDH**

Dear Judge Hall:

    I am the attorney for Long Phi Pham in the above-referenced case. The Defendant respectfully writes to request a bond modification of his release conditions as follows:

    Mr. Pham is requesting permission to relocate to his sister's home which is located at 20410 Salida Creek Circle, Cypress, Texas 77433. He would like to work full time in a managerial capacity at his sister's nail salon, Nails of America Bridgeland https://noabridgeland.com) which is located at 10531 Fry Rd Bldg A2 Suite 200, Cypress, TX 77433. He would remain subject to Pretrial monitoring and available to return to New York whenever required to do so upon twenty-four (24) to forty-eight (48) hours' notice.

    My office contacted Pretrial Services Electronic Monitoring Unit and the assigned AUSA Benjamin L. Weintraub and AUSA David Berman about this request. Pretrial has no objections to the relocation request and the Government defers to Pre-trial. To effect the relocation an Order of the Court granting the requested relief is required.

    Accordingly, I respectfully request that this Honorable Court grant the Defendant' request without objection and modify my client's conditions of release as outlined above.

    Thank you.

                                                Respectfully,

                                               Michael L. Soshnick, Esq.
                                               Attorney for Defendant