# MICHAEL L. SOSHNICK
## *Attorney at Law*
### 170 OLD COUNTRY ROAD
### SUITE 307
### MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE
ERIC P. DEBARBA

Tel: 516-294-1111
Fax: 516-294-5465
MSOSHNICK@SOSHNICKLAW.COM

July 2, 2026

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, NY 11201

**Re:** **USA v. Pham; Case No.: 1:24-cr-00359-LDH**

Dear Judge Hall:

I am the attorney for Long Phi Pham in the above-referenced case. The Defendant respectfully writes to request a modification of his release conditions as follows:

Mr. Pham is requesting elimination of the curfew to which he is currently subject. Instead, Mr. Pham requests standalone monitoring (SAM) by the Electronic Monitoring Unit (EMU).

This application is being made on consent of Pretrial Services Electronic Monitoring Unit and the Government (AUSA David Berman). In light of the consent of all parties, I respectfully request that this Honorable Court grant the Defendant's request without objection and modify his conditions of release as outlined above.

Thank you.

Respectfully,

Michael L. Soshnick, Esq.
Attorney for Defendant