MICHAEL L. SOSHNICK
*Attorney at Law*
170 OLD COUNTRY ROAD
SUITE 307
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE
ERIC P. DEBARBA

Tel: 516-294-1111
Fax: 516-294-5465
MSOSHNICK@SOSHNICKLAW.COM

November 4, 2026

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, NY 11201

**Re: USA v. Pham**
**Case No.: 1:24-cr-00359-LDH**

Dear Judge Hall:

I am the attorney for Long Phi Pham in the above-referenced case. The Defendant respectfully writes to request a modification of his conditions of release as follows:

Mr. Pham respectfully requests that the Court authorize the removal of his electronic monitoring ankle bracelet, with all other terms and conditions of his release to remain in full force and effect.

This application is made with the consent of both Pretrial Services Electronic Monitoring Unit and the Government through Chief of the General Crimes Unit, AUSA Kaitlin Farrell. In light of the parties' consent, I respectfully request that this Honorable Court grant the Defendant's request without objection and modify his conditions of release as outlined above.

Thank you.

Respectfully,

*Michael L. Soshnick*
Michael L. Soshnick, Esq.
Attorney for Defendant